UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62831-CIV-DIMITROULEAS/SNOW

HOWARD COHAN,

    Plaintiff,

vs.

KIRA-MAR, LLC
d/b/a KIRA-MAR VILLAS

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Stipulation of Dismissal With Prejudice [DE 19] (the "Motion"), filed herein on September 11, 2015. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1.     The Motion [DE 19] is hereby **GRANTED**;

2.     This action is **DISMISSED with prejudice**, with each party to bear its own costs and fees except as otherwise agreed; and

3.     The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 11th day of September 2015.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record